FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00405-CV

**IN THE INTEREST OF J.J.V.M.M.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01147
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed a notice of appeal on July 1, 2022. Thus, the 180-day deadline in which this court must dispose of this appeal is December 28, 2022.

On July 20, 2022, the court reporter filed a notification of late record. The reporter's record was originally due on July 11, 2022. On July 20, 2022, the court reporter requested until July 22, 2022 to file the reporter's record. The request is GRANTED. The court reporter is ORDERED to file the reporter's record with this court **no later than July 22, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

It is so **ORDERED** on July 20, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT